■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL ESKE, Appellant.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt of attempted murder in the second degree and assault in the first degree. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]). Balletta, J. P., Rosenblatt, Miller and Ritter, JJ., concur.